SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
Telephone: 775.348.4888
Fax No.: 775.786.0127

Attorneys for Defendant
LESLIE'S POOLMART, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE SWEETEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LESLIE'S POOLMART, INC., an entity Form unknown; JOHN MARTIN, an individual; DOE INDIVIDUALS 1 through 300; and ROE BUSINESS OR GOVERNMENTAL ENTITIES, 1 through 300, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-00035-JAD-VCF<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>**[FIRST REQUEST]** |

Plaintiff WAYNE SWEETEN ("Plaintiff") and Defendant LESLIE'S POOLMART, INC. ("Defendant"), by and through their attorneys of record, stipulate that Defendant has until February 17, 2016, by which to file a responsive pleading to Plaintiff's Complaint.

///
///
///
///
///
///
///

Firmwide:138397236.1 053451.1000

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888

This is Defendant's first request for an extension to respond to Plaintiff's Complaint and this extension is sought in good faith and not for the purpose of undue delay.

Dated: February 2, 2016

/s/
PHILIP J. TRENCHAK, ESQ.
LAW OFFICES OF PHILIP J. TRENCHAK, P.C.

Attorneys for Plaintiff
WAYNE SWEETEN

Dated: February 2, 2016

/s/
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
LESLIE'S POOLMART, INC.

## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 3, 2016

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888

Firmwide:138397236.1 053451.1000