SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
Telephone:   775.348.4888
Fax No.:       775.786.0127

Attorneys for Defendant
LESLIE'S POOLMART, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE SWEETEN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LESLIE'S POOLMART, INC., an entity Form unknown; JOHN MARTIN, an individual; DOE INDIVIDUALS 1 through 300; and ROE BUSINESS OR GOVERNMENTAL ENTITIES, 1 through 300, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-00035-JAD-VCF<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER** |

Plaintiff WAYNE SWEETEN ("Plaintiff) and Defendant LESLIE'S POOLMART, INC. ("Defendant"), by and through their respective counsel, do hereby stipulate and respectfully request an order dismissing the entire action without prejudice pursuant to the terms of a Mutual Agreement to Arbitrate Claims ("the Agreement") entered into by the parties prior to Plaintiff's employment with Defendant.

The Agreement provides, in relevant part, that Plaintiff shall submit any tort and/or discrimination claims against the Defendant or any of its employees to binding arbitration. Thus, the parties agree to the dismissal of the above-referenced matter so that Plaintiff may submit his claims to arbitration pursuant to the terms of the Agreement.  Each party shall bear its own costs and fees for the action and claims dismissed by this Stipulation and

Firmwide:138588886.1 082204.1024

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

Order.

Dated:  February 12, 2016

/s/
PHILIP J. TRENCHAK, ESQ.
LAW OFFICES OF PHILIP J. TRENCHAK, P.C.

Attorneys for Plaintiff
WAYNE SWEETEN

Dated:  February 12, 2016

/s/
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
LESLIE'S POOLMART, INC.

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice, each side to bear its own fees and costs.  The Clerk of Court is instructed to close this case.

Dated:  February 12, 2016.

_____
UNITED STATES DISTRICT JUDGE

2.

Firmwide:138588886.1 082204.1024